Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **QUANTINE JUPREE DUNBAR** |
| **Docket Number:** | 1:09CR00200-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/22/2010 |
| **Original Offense:** | 18 USC 922(g)(1), Felon in Possession of Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 30 months Bureau of Prisons; 36 months supervised release;<br>$100 special assessment; and mandatory drug testing. |
| **Special Conditions:** | 1) Search, 2) Drug/alcohol treatment; 3) Drug/alcohol testing;<br>4) No alcohol; 5) Mental health treatment; 6) Not associate<br>with gang member/disruptive group; 7) Aftercare co-payment. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 06/22/2011 |
| **Assistant U.S. Attorney:** | Kimberly Sanchez        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann Voris        **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **11/01/2011:** | Probation Form 12A, Report of Offender Non-Compliance, alleging new law violation and positive drug test. The Court approves Probation Officer's plan allowing offender to remain in the community pending resolution of new law violation. |

RE:   **QUANTINE JUPREE DUNBAR**
      **Docket Number: 1:09CR00200-001 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**11/16/2011:**                  Probation Form 12C, Petition for Warrant, alleging drug use, new law
                                 violations and association with prohibited persons. Court orders
                                 warrant for arrest.

**01/23/2012:**                  Sentenced to 6 months Bureau of Prisons; 30 months supervised
                                 release; and mandatory testing.

                                 Special Conditions:  1) Search; 2) Drug/alcohol treatment; 3)
                                 Drug/alcohol testing; 4) No alcohol; 5) Mental health counseling; 6)
                                 Aftercare co-payment; 7) Shall not association with gang members;
                                 8) Inpatient treatment for 60 days; and 9) 20 hours unpaid community
                                 service until employed at least 30 hours per week.

**05/11/2012:**                  Supervision re-commenced.

**02/08/2013:**                  Probation Form 12A, Report of Offender Non-Compliance, alleging
                                 illicit drug use and his failure to drug test.  The Court approved
                                 Probation Officer's plan allowing offender to remain in the
                                 community and participate in treatment.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.  The defendant shall reside and participate in Turning Point Residential
    Reentry Center, for a period of up to 180 days; said placement shall
    commence at the direction of the United States Probation Officer, pursuant
    to 18 USC 3563(b) (11).  The cost of confinement is waived.

## NON-COMPLIANCE SUMMARY

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

**RE:     QUANTINE JUPREE DUNBAR**
**Docket Number: 1:09CR00200-001 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**


## ILLICIT DRUG USE

On May 13, 2013, and June 17, 2013, the offender submitted a urine specimen which returned positive for cocaine; in violation of the general condition ordering him to refrain from any unlawful use of a controlled substance.


## FAILURE TO DRUG TEST

On March 9, 2013, and March 19, 2013, the offender failed to submit to scheduled drug testing; in violation of the special condition ordering him to participate in a program of testing as directed by the probation officer.


## FAILURE TO PARTICIPATE IN COUNSELING

On February 26, 2013, April 2, 2013, April 16, 2013, May 13, 2013, May 28, 2013, June 11, 2013, and June 25, 2013, the offender failed to participate in drug counseling; in violation of the special condition ordering him to participate in a program of drug and alcohol treatment as directed by the probation officer.

**Justification:** The offender has been struggled to comply with his conditions of supervision. The offender has routinely failed to appear for counseling and recently tested positive to the use of cocaine on two occasions. The offender is also unemployed and seems to be unmotivated to make positive changes in his life.

Given these circumstances, it is recommended his conditions of supervision are modified to include that he reside in the Residential Reentry Center (RRC) for up to 180 days. Should the offender find stable employment, he will be released after 60 days in the RRC and allowed to continue in community based treatment. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE:   **QUANTINE JUPREE DUNBAR**
      **Docket Number: 1:09CR00200-001 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Tim D. Mechem
**TIM D. MECHEM**
**Senior United States Probation Officer**
Telephone:  (559) 499-5731

**DATED:**      July 2, 2013
               Fresno, California

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:    July 5, 2013          _____
                                      SENIOR  DISTRICT  JUDGE

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD